

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2025

No. 04-25-00371-CV

**IN RE** Modesto E. **GARZA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Relator filed his petition for writ of mandamus on June 10, 2025, seeking an order compelling respondent to authorize substitute service on the real party in interest. Relator has failed to comply with Texas Rules of Appellate Procedure 52.3(k) and 52.7. The court has determined that relator is not entitled to the relief requested based on the record and petition filed. Relator's petition for writ of mandamus and motion for emergency stay are **DENIED**.

It is so **ORDERED** on June 25, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CI07072, styled *Modesto E. Garza v. Keera Ficken*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.